M4

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND SCOTT,<br>    Plaintiff,<br><br>v.<br><br>MACY'S EAST, INC., KENNETH<br>SANABRIA, KIMBERLY JONES, JOHN<br>OUELLETTE, RUSSELL JENKINS, and<br>the TOWN OF BRAINTREE,<br>    Defendants. | Civil Action No. 01-10323-NG |

GERTNER, D.J.:

### JUDGMENT

For the reasons set forth in the accompanying Memorandum and Order re: Summary Judgment, **it is hereby ordered**:

**JUDGMENT FOR THE DEFENDANTS** Macy's East, Inc., Kenneth Sanabria, Kimberly Jones, John Ouellette, Russell Jenkins, and the Town of Braintree.

SO ORDERED.

Dated: October 31, 2002

_____
NANCY GERTNER, U.S.D.J.

DOCKETED

53